BEFORE THE SECOND DIVISION, APRIL 1, 1942

**No. 47022.**—Petitions 6053–R, etc., of F. Giesler (Nogales).

Opinion by DALLINGER, J. An examination of the papers disclosed that the entries were liquidated February 23, 1940, whereas the petitions were not filed in this court until May 14, 1940. As more than 60 days had elapsed after liquidation the petitions were dismissed as untimely.

BEFORE THE FIRST DIVISION, APRIL 2, 1942

**No. 47023.**—Protest 935820–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40185 the metal horns in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 47024.**—Protest 864728–G of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the microscope sets in question are the same in all material respects as those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23). In accordance therewith the sets were held dutiable at 45 percent under paragraph 228 (b) as claimed.

**No. 47025.**—Protest 782290–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise in question is composed in part of bamboo and is similar in all material respects to that the subject of Abstract 40493, the claim at 45 percent under paragraph 409 was sustained.

**No. 47026.**—Protest 37003–K of Enbun Co. (Los Angeles).

Opinion by OLIVER, P. J. At the trial a package of "Cutted Dry Bonita" was presented to be analyzed by a Government chemist. The report shows that the sample contains no added flavoring materials or preservatives other than salt, and that the amount of salt is in excess of that normally present in dried unsalted fish. In accordance with stipulation of counsel that the merchandise in question is of the same character and description as that the subject of *United States* v. *Enbun* (19 C. C. P. A. 79, T. D. 45224) the claim at 1¼ cents per pound under paragraph 717 (c) was sustained.